# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Trish Vavrina,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:10CV246

Parks Heating and Cooling,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/7/2010 Order.

Signed: June 7, 2010

Frank G. Johns, Clerk
United States District Court